UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUKUT CONSTRUCTION, et al.,<br><br>Defendants. | Case No. 1:22-cv-01181-ADA-CDB<br><br>ORDER REASSIGNING CASE<br><br>New Case No. 1:22-cv-01181-CDB |

All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. Nos. 10, 11, 12, and 13.)

Accordingly, this Court REASSIGNS the action to United States Magistrate Judge Christopher D. Baker for all further proceedings. All further papers filed in this action shall bear the new case number:

**1:22-cv-01181-CDB**

IT IS SO ORDERED.

Dated:   October 26, 2022

UNITED STATES DISTRICT JUDGE