UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUKUT CONSTRUCTION INC. dba Sukut, A JV, a California corporation; DRAGADOS USA INC dba Dragados, a Delaware corporation; FLATIRON CONSTRUCTION CORPORATION dba Flatiron, a Delaware Corporation and DOES 1-50, inclusive<br><br>Defendants. | Case No. 1:22-cv-01181-CDB<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO REMAND <u>AS MODIFIED</u>**<br><br>(ECF No. 17) |

Based on the Parties' representations in the Stipulation (ECF No. 17), and good cause appearing for the same, the Court ORDERS that the hearing on Plaintiff's Motion to Remand, currently set for 9:30 a.m., November 21, 2022, is continued to **10:30 a.m.**, December 8, 2022.

IT IS SO ORDERED.

Dated:   **November 14, 2022**

UNITED STATES MAGISTRATE JUDGE