UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RODRIGUEZ, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SUKUT CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-01181-CDB<br><br>**ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 22) |

   Based on the parties' representations in the stipulation dated January 13, 2023 (ECF No. 22) and the availability of the Court, and good cause appearing, the Court ORDERS that the Scheduling Conference set for January 19, 2023, be continued to May 24, 2023, at 9:30 a.m.

IT IS SO ORDERED.

   Dated:   **January 13, 2023**                    _____
                                                                         UNITED STATES MAGISTRATE JUDGE