UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUKUT CONSTRUCTION, INC. *et al.*<br><br>　　　　　Defendants. | Case No. 1:22-cv-01181-CDB<br><br>ORDER ON STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>(Doc. 31) |
| JIMMY RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRAGADOS USA, INC., *et al.*<br><br>　　　　　Defendants. | Case No. 1:22-cv-01500-CDB<br><br>ORDER ON STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Doc. 23) |

In these two related cases – one brought as a putative class action, one brought pursuant to California's Private Attorneys General Act of 2004 – Defendants have filed motions to compel arbitration and for judgment on the pleadings, both noticed for hearing before the undersigned on April 24, 2023. *Rodriguez v. Sukut Construction, Inc. et al.*, No. 1:22-cv-01181-CDB (Doc. 25); *Rodriguez v. Dragados USA, Inc. et al.,* No. 1:22-cv-01500-CDB (Doc. 17). On April 4, 2023, Defendants filed in the respective cases joint stipulations to continue the hearings on the motion to

1

compel arbitration and motion for judgment on the pleadings.  *Rodriguez v. Sukut Construction, Inc., et al,* No. 1:22-cv-01181-CDB (Doc. 31); *Rodriguez v. Dragados USA, Inc., et al,* No. 1:22-cv-01500-CDB (Doc. 23).  The counsel for the parties represent in their stipulations that they reached a settlement agreement in principle on an induvial, non-class basis with respect to Plaintiff's claims.  *Id*.  Further, Plaintiff agreed to voluntarily dismiss his class claims in both cases.  *Id*.

      Accordingly, based on the parties' representations in their stipulations and for good cause appearing, it is HEREBY ORDERED, the hearings for the motions to compel arbitration and for judgment on the pleadings set for April 24, 2023, are vacated and continued to May 24, 2023, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **April 10, 2023**          _____
                                                   UNITED STATES MAGISTRATE JUDGE